## Second Department, April, 1978

### (April 17, 1978)*

■ In the Matter of WESTCHESTER ROCKLAND NEWSPAPERS, INC., Petitioner, v RUSSELL R. LEGGETT, as a Judge of the Westchester County Court, et al., Respondents.—Proceeding pursuant to CPLR article 78, *inter alia,* to prohibit enforcement of an order which excluded all members of the public from a hearing held pursuant to CPL article 730. Proceeding dismissed, without costs or disbursements. As the hearing in question has been concluded, this proceeding may be considered moot. However, even if it not be deemed moot (see *Matter of Jones v Berman,* 37 NY2d 42, 57; *East Meadow Community Concerts Assn. v Board of Educ.,* 18 NY2d 129, 135), we would nevertheless dismiss the petition on the ground that the action of the respondent Judge constituted a proper exercise of discretion (see *Matter of Gannett Co. v De Pasquale,* 43 NY2d 370). Suozzi, J. P., Gulotta, Cohalan and Margett, JJ., concur.

## Second Department, April, 1979

### (April 30, 1979)*

■ In the Matter of ALFONSO PELAEZ, Respondent, v WATERFRONT COMMISSION OF NEW YORK HARBOR, Appellant.—Motion by respondent to dismiss the appeal taken by the Waterfront Commission from an order of the Supreme Court, Kings County, entered March 29, 1979 on the grounds that it is not a final determination in an article 78 proceeding and thus is not appealable as of right and to vacate the automatic stay which arose by the taking of the appeal therefrom. Cross motion by the Waterfront Commission of New York Harbor for leave to appeal from said order. Cross motion denied; motion granted, appeal dismissed, without costs and statutory stay vacated forthwith. Mollen, P. J., Suozzi, O'Connor and Lazer, JJ., concur.

---

* Not published with other decisions of April 17, 1978, 62 AD2d 1027. [Rep.
* Not published with other decisions of April 30, 1979, 69 AD2d 894. [Rep.